McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2755

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IN RE:<br><br>  REQUEST FROM BRAZIL PURSUANT TO<br>  THE TREATY BETWEEN THE UNITED<br>  STATES OF AMERICA AND THE<br>  GOVERNMENT OF THE FEDERATIVE<br>  REPUBLIC OF BRAZIL ON MUTUAL<br>  LEGAL ASSISTANCE IN CRIMINAL<br>  MATTERS | 2:08-MC-00002-LKK-DAD<br><br><br><br><br>ORDER |

<u>                                ORDER                                </u>

Upon application of the United States, and upon review of the request from Brazil seeking evidence under the *Treaty between the United States of America and the Government of the Federative Republic of Brazil on Mutual Legal Assistance in Criminal Matters* (Treaty Doc. 105-42 105th Cong. 2nd Sess., Exec. Rept 105-22, 105th Cong, 2nd Sess., 1997 WL 33140221) (the "Treaty"),

IT IS HEREBY ORDERED, pursuant to the authority conferred by the Treaty, as well as 28 U.S.C. § 1782 and this Court's inherent

1

Dockets.Justia.com

authority, that Assistant U.S. Attorney Courtney J. Linn is appointed as a Commissioner of this Court and is hereby directed to execute the Treaty request as follows:

1. Take such steps as are necessary, including issuance of commissioner's subpoenas to collect the evidence requested;

2. Provide notice to the recipient of the subpoena of the time, date and place for the production of documents responsive to it;

3. Disclose such copies of this Order as is necessary to accomplish the purposes of the request for assistance;

4. Adopt procedures to collect the evidence requested, consistent with its use in the investigation or proceeding for which Brazil has requested assistance, which procedures may be specified in the request or provided by or with the approval of the Brazilian Central Authority under the Treaty;

5. Seek such further orders of this Court as may be necessary to execute this request; and

6. Certify and submit the evidence collected for its further transmission to Brazil.

IT IS FURTHER ORDERED that, in collecting the evidence requested, the Commissioner may be accompanied by persons whose presence or participation is authorized by the Commissioner, including, without limitation, law enforcement agents and/or representatives of Brazil.

IT IS SO ORDERED.

DATED: January 10, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/brazil0002.ord